Matter of Sosnik (2020 NY Slip Op 01621)

BODY {
font-family : "Times New Roman", Times, serif;
font-size : larger;
}

P {
line-height: 150%;
text-indent: 2em
}

Matter of Sosnik

2020 NY Slip Op 01621

Decided on March 11, 2020

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 11, 2020
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department
ALAN D. SCHEINKMAN, P.J.
WILLIAM F. MASTRO
REINALDO E. RIVERA
MARK C. DILLON
RUTH C. BALKIN, JJ.


2016-01158

[*1]In the Matter of Howard L. Sosnik, ON MOTION a suspended attorney. FOR REINSTATEMENT (Attorney Registration No. 2103745)

DECISION & ORDERMotion by Howard L. Sosnik for reinstatement to the Bar as an attorney and counselor-at-law. Mr. Sosnik was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on February 4, 1987. By opinion and order of this Court dated May 29, 2019, Mr. Sosnik was suspended from the practice of law for a period of six months, commencing June 28, 2019 (see Matter of Sosnik, 173 AD3d 137).Upon the papers filed in support of the motion and the papers filed in relation thereto, it isORDERED that the motion is granted; and it is further,ORDERED that, effective immediately, Howard L. Sosnik is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Howard L. Sosnik to the roll of attorneys and counselors-at-law.SCHEINKMAN, P.J., MASTRO, RIVERA, DILLON and BALKIN, JJ., concur.ENTER: Aprilanne Agostino Clerk of the Court